AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*April 02, 2026*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Cristofor Laurentiu Velcu | ) | Case No. **4:26-mj-232** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 31, 2026 _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Romania, and an alien who had been previously deported from the United States, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See attached Affidavit in support of Criminal Complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gilbert Gamez, CBP Enforcement Officer
*Printed name and title*

Sworn to me telephonically.

Date: _____ 04/02/2026 _____

_____
*Judge's signature*

City and state: _____ Houston, Texas _____

Hon. Peter Bray, U.S. Magistrate Judge
*Printed name and title*

**4:26-mj-232**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gilbert Gamez Jr., being duly sworn, depose and state as follows:

1. I am an Enforcement Officer with U. S. Customs and Border Protection. I am currently assigned to the George Bush Intercontinental Airport in Houston, Texas and have been an officer for over twenty two years. My duties include conducting investigations of alleged violations of criminal laws pertaining to human trafficking, smuggling controlled substances, other contraband and/or fraudulent documents.

2. This affidavit is submitted in support of a complaint charging VELCU, Cristofor Laurentiu with Reentry of removed aliens in violation of Title 8 United States Code, Section 1326(A) and 1326(b).

3. The facts and information contained in this affidavit are based upon my personal knowledge, the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the defendant or defendants are listed below.

4. On March 31, 2026, CBP Officer Garcia JR, Roberto and CBP Officer Cass, Aaron encountered VELCU, Cristofor Laurentiu (hereinafter Defendant) during an outbound inspection of flight UA 46 en route to Frankfurt, Germany.

5. CBP Officers identified Cristofor Laurentiu as being a match to National Security Concern. VELCU identified himself by presenting a Romanian passport in the name of VELCU, Cristofor Laurentiu DOB 02/24/1995, POB Romania. The individual was escorted for a secondary inspection.

6. VELCU was inspected for Terrorist Screening Data Set. Findings were negative and individual was turned over to the Criminal Enforcement Unit.

7. On April 01, 2026, The Defendant's fingerprints were taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted

8. Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and 1326(b).

9. Element One: The Defendant is a citizen and national of Romania and not a native, citizen or national of the United States

10. Element Two: The Defendant has previously been deported or removed from the United States on the following occasions:

    1. Removed on 12/05/2016
    2. Removed on 02/23/2022

11. <u>Element Three:</u> After deportation, the Defendant was subsequently found in the United States on March 31, 2026, in the George Bush Intercontinental Airport in Houston, TX, which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years, and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in the paragraph. On April 01, 2026, LESC advised me that it had no record on such encounter.

12. <u>Element Four:</u> The Defendant did not have permission to reenter the United States. On March 31, 2026, I reviewed the contents of the work file associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, of the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

13. <u>Prior Criminal History:</u> The Defendant has the following prior criminal history:

   a. On July 19, 2019, in the United States District Court at the District of Southern Carolina for the offense of Title 18 USC 1029(a)(2), 1029(c)(1)(A)(i), and 2 (Fraud and related activity in connection with access devices), and sentenced to 20 months in the custody of Bureau of Prisons.

14. On April 2nd, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Assistant U.S. Attorney Robin L. Whitney (832) 492-2493 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a) and 1326(b). T

_____

Gilbert Gamez Jr.
Enforcement Officer
U.S. Customs Border Protection

Sworn and subscribed by telephone on this 2nd day of April 2026, and I find probable cause.

_____
Hon. Peter Bray
United States Magistrate Judge
Southern District of Texas

2